# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 10-19 Erie |
| STATE CORRECTIONS OFFICERS ASSOCIATION, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on January 28, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 214], filed on June 8, 2012, recommended that the Motion for Summary Judgment filed by the Medical Defendants [ECF No. 159] be granted and that the Motion for Summary Judgment filed by the Commonwealth Defendants [Doc. No. 164] be granted. It was further recommended that Defendants Longstreet and the State Corrections Officers Association be dismissed from this case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The parties were allowed fourteen (14) days from the date of service to file objections. Plaintiff filed Objections on June 26, 2012 [ECF No. 215]. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of July, 2012;

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by the Medical Defendants [ECF No. 159] is GRANTED. JUDGMENT is hereby entered in favor of the Medical Defendants and against the Plaintiff, Charles Williams. IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by the

Commonwealth Defendants [Doc. No. 164] is GRANTED. JUDGMENT is hereby entered in favor of the Commonwealth Defendants and against Plaintiff, Charles Williams.

IT IS FURTHER ORDERED that Defendants Longstreet and the State Corrections Officers Association are DISMISSED from this case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Report and Recommendation [ECF No. 214] of Magistrate Judge Baxter, filed on June 8, 2012, is adopted as the opinion of the Court.

The Clerk of Courts is directed to close this case.

                                              s/ Sean J. McLaughlin
                                              United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge